## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 17-11811-jkf |
|    Joseph Zwicharowski | : Chapter 13 |
| | : |
| U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates c/o Select Portfolio Servicing, Inc. | : |
|                 Movant | : |
|       vs. | |
| Joseph Zwicharowski | : |
|             Debtor/Respondent | : |
|       and | : |
| William C. Miller, Esquire | : |
|             Trustee/Respondent | : |

### **OBJECTION TO CONFIRMATION OF THE PLAN**

     Movant, U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates c/o Select Portfolio Servicing, Inc. ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Joseph Zwicharowski ("Debtor"), as follows:

     1.    As of the bankruptcy filing date of March 15, 2017, Movant holds a secured claim against the Debtor's property, located at 3314 S. Keswick Terrace, Philadelphia, PA 19114.

     2.    Movant is in the process of filing a Proof of Claim with estimated pre-petition arrears in the amount of $13,180.11.

     3.    The Plan currently does not provide for payment to Movant for any pre-Petition arrears.

    4.       The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

    5.       The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

    6.       Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtors is not feasible.  Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

                                                      Respectfully submitted,

Dated: 3/24/2017

                                                      /s/Danielle Boyle-Ebersole, Esquire
                                                      Danielle Boyle-Ebersole, Esquire
                                                      Hladik, Onorato & Federman, LLP
                                                      298 Wissahickon Avenue
                                                      North Wales, PA 19454
                                                      Phone 215-855-9521
                                                      Fax 215-855-9121