UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Joseph Zwicharowski | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 17-11811 |

## ORDER

AND NOW, this ___9th___ day of ___April___ 2019, upon consideration of the Motion to Reconsider the October 3, 2018 Order Granting Relief from the Automatic Stay and a Hearing thereon, it is hereby;

ORDERED and DECREED that the Automatic Stay shall be reinstated in favor of the Debtor and the October 3, 2018 Order Modifying the Section 362 Automatic Stay shall be Vacated.

FURTHER ORDERED: That should debtor fail to make post-petition payments going forward, or if the payments are more than 15 days late, lender shall send debtor a notice of default, if the default is not cured within 10 days of notice, lender may file a certificate of default and the court shall grant an Order granting relief from the stay, 362/1301

_____Magdeline D. C_____
                                                    J.