UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Joseph Zwicharowski,                                                                    Chapter 13
                                                                                        Bankruptcy No. 17-11811-MDC

                        Debtor.

* * * * * * *

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

TD Bank, N.A. as Successor in interest to Commerce Bank, N.A., has filed a Motion with the court for relief from the automatic stay pursuant to 11 U.S.C. §362(d)(1); for costs and disbursements of this action, and for such other and further relief as to the Court may seem just and proper.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before September 22, 2020
    (a) file an objection explaining your position at

        United States Bankruptcy Court, Eastern District of Pennsylvania
        Robert N.C. Nix Sr. Federal Courthouse
        900 Market Street, Suite 203
        Philadelphia, PA 19107

If you mail your objection to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:

        Martin A. Mooney, Esq.
        SCHILLER, KNAPP, LEFKOWTIZ & HERTZEL, LLP
        950 New Loudon Road, Suite 109
        Latham, New York 12110-2100
        Tel. (518) 786-9069

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdeline D. Coleman on September 29, 2020 at 10:30 am at United States Bankruptcy Court, Eastern District of Pennsylvania, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 203, Philadelphia, PA 19107 in Courtroom #2.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.  You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 or Reading at 610-208-5040 to find out whether the hearing has been canceled because no one filed an objection.

DATED:  September 2, 2020                       TD Bank, N.A. as Successor in interest to Commerce Bank, N.A.
By Its Counsel

/s/ Martin A. Mooney
Martin A. Mooney, Esq.
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
950 New Loudon Road, Suite 109
Latham, New York  12110-2100
Tel (518) 786-9069
E-Mail: mmooney@schillerknapp.com

3