UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Joseph Zwicharowski | : | Case No.: 17-11811(MDC) |
| | : | |
| Debtor(s) | : | Chapter 13 |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., certify that on the date indicated below served a true and correct copy of the Debtor's Response to the Motion for Relief from Automatic Stay was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**William C. Miller, Esq.**
Standing Chapter 13 Trustee

**Martin A. Mooney, Esq.**
*Attorney for Movant, TD Bank, N.A.*
Schiller, Knapp, Lefkowitz and Hertzel, LLP
950 New Loudon Road, Suite 109
Latham, NY 12110


Dated: September 17, 2020         /s/Brad J. Sadek, Esq
                                  Brad J. Sadek, Esq.
                                  Attorney for Debtor
                                  1315 Walnut Street
                                  Suite #502
                                  Philadelphia, PA 19107