UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Joseph Zwicharowski,

          Debtor.

TD Bank, N.A.,

          Movant.

    -vs-

Joseph Zwicharowski,

          Respondent.

Bankruptcy No. 17-11811-MDC

(Chapter 13)

Related to Document No. 91

Hearing Date/ Time:
October 20, 2020 at 10:30 AM

\* \* \* \* \* \* \*

## STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

WHEREAS, TD Bank, N.A. as Successor in interest to Commerce Bank, N.A., (hereinafter "TD Bank, N.A.") moved for an Order, pursuant to 11 U.S.C. Section 362(d)(1), authorizing relief from automatic stay, or the granting of adequate protection herein; and

WHEREAS, the parties have agreed to resolve the instant dispute by this Stipulation;

NOW THEREFORE, Creditor and Debtor hereby agree as follows:

1. Debtor shall file an amended plan within thirty (30) days of this executed stipulation that provides for payment of post-petition arrears of $5,294.20 and reasonable attorney fee/filing fee of $531.00 totalling $5,825.20 to TD Bank, N.A. through the Chapter 13 Plan.

2. That the debtor will continue to make the regular monthly payments pursuant to the terms

of the underlying Note and Mortgage in a timely fashion commencing with the payment due on or before November 1, 2020 in the amount of $178.00.

3. In the event debtor fails to timely file an amended planin conformity with the terms of the Stipulation or fails to make any payment called for in this Stipulation, Creditor may submit a certification of default and a proposed Order for Relief from Automatic Stay to the Court and serve a copy of such certification of default upon the debtor and counsel for debtor. Five days after receipt of a certification of default, the Court shall enter an Order granting the creditor relief from the automatic stay unless the debtor has filed an objection to the certification of default specifying reasons for the objection; in which case the Court shall set a hearing on the objection.

*/s/ Martin A. Mooney*
Martin A. Mooney, Esq.
Attorney ID # 315063
Schiller, Knapp, Lefkowitz & Hertzel, LLP
950 New Loudon Road, Suite 109
Latham, New York 12110
Tel. (518) 786-9069
mmooney@schillerknapp.com

Date: October 21, 2020


*/s/ Brad J. Sadek*
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
Tel. (215) 545-0008
brad@sadeklaw.com
Date: October 19, 2020

*/s/ LeeAne O' Huggins*   No Objection/ Without Prejudice to Any Trustee Rights or Remedies
Willaim C. Miller, Esq.
Chapter 13 Trustee
PO box 1229
Philadelphia, PA 19105
Tel. (215) 627-1377

Date: October 21, 2020