# UNITED STATES BANKRUPTCY COURT
## Eastern District of Pennsylvania (Philadelphia)

IN RE:  Case No: 17-11811
Loan Number (Last 4): 5844

Debtors: Joseph Zwicharowski

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Brighthouse Life Insurance Company | Wells Fargo Bank, N.A. |
|---|---|
| Serviced by Select Portfolio Servicing, Inc. | |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

PO Box 65250
Salt Lake City, UT 84165

Court Claim # (if known): 5
Amount of Claim: $160,826.24
Date Claim Filed: 05/26/2017
Last Four Digits of Acct #: 3884

Phone: 1-800-258-8602
Last Four Digits of Acct #: 5844

Name and Address where transferee payments should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
PO Box 65450
Salt Lake City, UT 84165-0450

Phone: 1-800-258-8602
Last Four Digits of Acct #: 5844

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John Shelley    Date: 10/25/2021
InfoEx, LLC, as authorized filing agent
(Approved by: Sachinraj Kollangana)

Specific Contact Information:

Sachinraj Kollangana - BK Specialist II

Phone: 1-800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.