**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    JOSEPH ZWICHAROWSKI<br>        *Debtor*<br>U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE TRUST 2007-S3 MORTGAGE PASS-THROUGH CERTIFICATES c/o Select Portfolio Servicing, Inc.<br>        *Movant*<br><br>        vs.<br>JOSEPH ZWICHAROWSKI<br>    *Debtor/Respondent*<br>  and<br>KENNETH E. WEST, Esquire,<br>    *Trustee/Respondent* | Bankruptcy No. 17-11811-mdc<br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS, RECEIPT OF NOTICES AND INCLUSION ON NOTICE LIST

TO THE CLERK, U.S. BANKRUPTCY COURT, THE DEBTORS, AND ALL OTHER PARTIES OF INTEREST:

    PLEASE TAKE NOTICE that the undersigned attorney is counsel on behalf of U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates c/o Select Portfolio Servicing, Inc. ("Creditor"), a creditor and party-in-interest in the above captioned Chapter 13 case. Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§ 102(1), 342, and 1109(b) Creditor requests special notice of all matters which must be noticed to creditors be given to **Sarah K. McCaffery, Esquire** at the below address and/or telephone number set forth below. This request includes without limitation, all orders, notices, hearing dates, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of disclosure statements, and all other documents filed with the bankruptcy court in the above captioned matter whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph or otherwise.

                Respectfully Submitted,

Date: July 29, 2022

                /s/ Sarah K. McCaffery, Esquire
                Sarah K. McCaffery, Esquire
                HLADIK, ONORATO & FEDERMAN, LLP
                298 Wissahickon Avenue
                North Wales, PA 19454
                (215) 855-9521
                smccaffery@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    JOSEPH ZWICHAROWSKI<br>    *Debtor*<br>U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE TRUST 2007-S3 MORTGAGE PASS-THROUGH CERTIFICATES c/o Select Portfolio Servicing, Inc.<br>    *Movant*<br><br>    vs.<br>JOSEPH ZWICHAROWSKI<br>    *Debtor/Respondent*<br>    and<br>KENNETH E. WEST, Esquire,<br>    *Trustee/Respondent* | Bankruptcy No. 17-11811-mdc<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I caused to be served true and correct copies of the Entry of Appearance at the respective last known address of each person set forth below on July 29, 2022.

Brad J. Sadek, Esquire  
Via Electronic Filing  
*Attorney for Debtor*

Kenneth E. West, Esquire,  
Via Electronic Filing  
*Trustee*

Joseph Zwicharowski  
3982 Carteret Drive  
Philadelphia, PA 19114  
*Debtor*

Date: July 29, 2022

    /s/ Sarah K. McCaffery, Esquire  
Sarah K. McCaffery, Esquire  
HLADIK, ONORATO & FEDERMAN, LLP  
298 Wissahickon Avenue  
North Wales, PA 19454  
(215) 855-9521  
smccaffery@hoflawgroup.com