IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Joseph Zwicharowski | : | Chapter 13 |
| | : | Case No.: 17-11811-MDC |
| Debtor(s) | : | |

**O R D E R**

AND NOW, this __26th__ day of __September__ 2022, upon consideration of the Motion to Modify Plan after Confirmation it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor' Motion.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE