United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-11811-mdc
Joseph Zwicharowski  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 4
Date Rcvd: Sep 26, 2022    Form ID: pdf900    Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Zwicharowski, 3982 Carteret Drive, Philadelphia, PA 19114-2006 |
| 14645438 | + | Brighthouse Life Insurance Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14642969 | + | Brighthouse Life Insurance Company, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14704898 | #+ | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14604114 | + | Mr. Cooper, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14604881 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Andrew Spivak, Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 13913519 | | Philadelphia Water Revenue Dept., PO Box 41496, Philadelphia, PA 19101-1496 |
| 13883115 | + | Police And Fire Federal Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13906510 | | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14709635 | + | U.S. BANK N.A., AS TRUSTEE et al, Sarah K. McCaffery, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14709983 | + | US Bank, NA, behalf holders of JP Morgan Mortgage, c/o Sarah K. McCaffery, Esq., 298 Wissahickon Ave, North Wales, PA 19454-4156 |
| 14506833 | | Wells Fargo Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14506942 | | Wells Fargo Bank, NA, c/o Karina Velter, Esq., P.O. Box 165028, Columbus, OH 43216-5028 |
| 14563664 | + | Wells Fargo, NA, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 26 2022 23:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 26 2022 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: megan.harper@phila.gov | Sep 26 2022 23:25:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 26 2022 23:25:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Sep 26 2022 23:31:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14582658 | | Email/PDF: bncnotices@becket-lee.com | Sep 26 2022 23:31:27 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 17-11811-mdc Doc 174 Filed 09/28/22 Entered 09/29/22 00:31:50 Desc
Imaged Certificate of Notice Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14642748 | ^ MEBN | Sep 26 2022 23:21:53 | Brighthouse Life Insurance Company, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13883109 | ^ MEBN | Sep 26 2022 23:21:51 | CBE Group, Attn: Bankruptcy, P.O. Box 900, Waterloo, IA 50704-0900 |
| 13883110 | Email/Text: megan.harper@phila.gov | Sep 26 2022 23:25:00 | City of Philadelphia, Tax Unit, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 13951189 | + Email/PDF: ebn_ais@aisinfo.com | Sep 26 2022 23:31:27 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13883119 | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | Sep 26 2022 23:25:00 | State Farm Financial, 1 State Farm Plaza, Bloomington, IL 61710 |
| 13883111 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 26 2022 23:25:00 | Midland Funding, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14604115 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 26 2022 23:25:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 13908191 | Email/Text: nsm_bk_notices@mrcooper.com | Sep 26 2022 23:25:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 13883112 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 26 2022 23:25:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13883113 | ^ MEBN | Sep 26 2022 23:21:53 | Nationwide Insurance, One Nationwide Plaza, Columbus, OH 43215-2239 |
| 13951396 | Email/Text: BKEBN-Notifications@ocwen.com | Sep 26 2022 23:25:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 13883114 | + Email/Text: BKEBN-Notifications@ocwen.com | Sep 26 2022 23:25:00 | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 13915382 | + Email/Text: bankruptcygroup@peco-energy.com | Sep 26 2022 23:25:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 13883116 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2022 23:31:16 | Portfolio Recovery, P.O. Box 41067, Norfolk, VA 23541 |
| 13953528 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2022 23:31:16 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13883795 | + Email/PDF: rmscedi@recoverycorp.com | Sep 26 2022 23:31:17 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13883117 | + Email/Text: bkdepartment@rtresolutions.com | Sep 26 2022 23:25:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 13883118 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2022 23:25:00 | Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 13883120 | Email/Text: bankruptcy@td.com | Sep 26 2022 23:25:00 | TD Bank North, Attn: Bankruptcy, P.O. Box 1190, Lewston, ME 04243 |
| 13883122 | Email/Text: bankruptcy@td.com | Sep 26 2022 23:25:00 | TD Banknorth, 32 Chestnut St, Lewiston, ME 04240 |
| 13883123 | + Email/Text: mpieslak@waterfallrevenuegroup.com | Sep 26 2022 23:25:00 | Traf Group Inc/A-1 Collections, 2297 St Hwy 33, Ste 906, Hamilton Square, NJ 08690-1717 |
| 13954150 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 26 2022 23:25:00 | U.S. Bank N.A., et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 13928989 | + Email/PDF: ebn_ais@aisinfo.com | Sep 26 2022 23:31:27 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2022 | Form ID: pdf900 | Total Noticed: 47 |

| 13978300 | + Email/Text: megan.harper@phila.gov | | |
| | | Sep 26 2022 23:25:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1663 |
| 13922224 | + Email/Text: megan.harper@phila.gov | | |
| | | Sep 26 2022 23:25:00 | Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 13925069 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Sep 26 2022 23:31:17 | Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 13883124 | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | | |
| | | Sep 26 2022 23:31:23 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, Mac#2302-04e- P.O. Box 10335, Des Moines, IA 50306 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14712257 | | Nationstar Mortgage LLC |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| cr | *+ | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 13883121 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank North, Attn: Bankruptcy, P.O. Box 1190, Lewston, ME 04243 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 28, 2022           Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2022 at the address(es) listed below:

**Name**     **Email Address**

ADAM BRADLEY HALL
   on behalf of Creditor Wells Fargo Bank  N.A. amps@manleydeas.com

ANDREW L. SPIVACK
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com

ANDREW L. SPIVACK
   on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

BRAD J. SADEK
   on behalf of Debtor Joseph Zwicharowski brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

BRIAN CRAIG NICHOLAS
   on behalf of Creditor Brighthouse Life Insurance Company bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 26, 2022 | Form ID: pdf900 | Total Noticed: 47 |

**CHARLES GRIFFIN WOHLRAB**
    on behalf of Creditor MCLP Asset Company Inc. cwohlrab@raslg.com

**CHRISTOPHER A. DENARDO**
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com

**CHRISTOPHER A. DENARDO**
    on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

**DANIELLE BOYLE-EBERSOLE**
    on behalf of Creditor U.S. Bank N.A. as trustee, et al. c/o Select Portfolio Servicing, Inc. dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

**JEROME B. BLANK**
    on behalf of Creditor Ocwen Loan Servicing LLC jblank@avallonelaw.com

**JEROME B. BLANK**
    on behalf of Creditor Wells Fargo Bank N.A. jblank@avallonelaw.com

**KENNETH E. WEST**
    ecfemails@ph13trustee.com philaecf@gmail.com

**KEVIN S. FRANKEL**
    on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com

**KRISTEN D. LITTLE**
    on behalf of Creditor Nationstar Mortgage LLC kdlittleecf@gmail.com

**MARTIN A. MOONEY**
    on behalf of Creditor TD Bank N.A. as successor in interest to Commerce Bank, N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

**MICHAEL JOHN CLARK**
    on behalf of Creditor Nationstar Mortgage LLC mclark@squirelaw.com

**PAMELA ELCHERT THURMOND**
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

**SARAH K. MCCAFFERY**
    on behalf of Creditor U.S. BANK N.A. AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE TRUST 2007-S3 MORTGAGE PASS-THROUGH CERTIFICATES c/o Select Portfolio Servicing, Inc. ckohn@hoflawgroup.com

**THOMAS SONG**
    on behalf of Creditor Ocwen Loan Servicing LLC tomysong0@gmail.com

**United States Trustee**
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 20

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Joseph Zwicharowski | : | Chapter 13 |
| | : | Case No.: 17-11811-MDC |
| Debtor(s) | : | |

**O R D E R**

AND NOW, this __26th__ day of __September__ 2022, upon consideration of the Motion to Modify Plan after Confirmation it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor' Motion.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE