**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Joseph Zwicharowski | : | |
| | : | Case No.: 17-11811-MDC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: November 1, 2022                                    /s/ Brad J. Sadek, Esquire
                                                                            Brad J. Sadek, Esquire
                                                                            Sadek and Cooper Law Offices, LLC
                                                                            1500 JFK Boulevard, Suite #220
                                                                            Philadelphia, Pa 19102
                                                                            215-545-0008