Certificate Number: 03088-PAE-DE-038357465

Bankruptcy Case Number: 17-11811



03088-PAE-DE-038357465

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 8, 2024</u>, at <u>11:10</u> o'clock <u>AM CDT</u>, <u>Joseph Zwicharowski</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 8, 2024</u>           By:   <u>/s/Crystal Towner</u>

Name: <u>Crystal Towner</u>

Title: <u>Counselor</u>