United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 17-11811-amc
Joseph Zwicharowski    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4
Date Rcvd: Apr 19, 2024      Form ID: 138OBJ      Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Joseph Zwicharowski, 3982 Carteret Drive, Philadelphia, PA 19114-2006 |
| 14645438 | + | Brighthouse Life Insurance Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14642969 | + | Brighthouse Life Insurance Company, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 14604114 | + | Mr. Cooper, c/o Andrew Spivack, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14604881 | + | Nationstar Mortgage LLC, dba Mr. Cooper, c/o Andrew Spivak, Esq., 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 13913519 | | Philadelphia Water Revenue Dept., PO Box 41496, Philadelphia, PA 19101-1496 |
| 14709635 | + | U.S. BANK N.A., AS TRUSTEE et al, Sarah K. McCaffery, Esquire, HLADIK, ONORATO & FEDERMAN, LLP, 298 Wissahickon Avenue, North Wales, PA 19454-4156 |
| 14709983 | + | US Bank, NA, behalf holders of JP Morgan Mortgage, c/o Sarah K. McCaffery, Esq., 298 Wissahickon Ave, North Wales, PA 19454-4156 |
| 14506833 | | Wells Fargo Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14506942 | | Wells Fargo Bank, NA, c/o Karina Velter, Esq., P.O. Box 165028, Columbus, OH 43216-5028 |
| 14563664 | + | Wells Fargo, NA, c/o Andrew Spivack, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 20 2024 00:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2024 00:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14582658 | | Email/PDF: bncnotices@becket-lee.com | Apr 20 2024 00:11:13 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14642748 | ^ | MEBN | Apr 19 2024 23:54:09 | Brighthouse Life Insurance Company, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13883109 | + | Email/Text: bankruptcynotices@cbecompanies.com | Apr 20 2024 00:01:00 | CBE Group, Attn: Bankruptcy, P.O. Box 900, Waterloo, IA 50704-0900 |
| 13883110 | | Email/Text: megan.harper@phila.gov | Apr 20 2024 00:01:00 | City of Philadelphia, Tax Unit, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 13951189 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 20 2024 00:00:50 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13883119 | | Email/Text: HOME.SFBANK-BCCBKNOTICE@fisglobal.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 19, 2024 | Form ID: 138OBJ | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| | | | Apr 20 2024 00:01:00 | State Farm Financial, 1 State Farm Plaza, Bloomington, IL 61710 |
| 14704898 | + | Email/Text: bkteam@selenefinance.com | Apr 20 2024 00:01:00 | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 13883111 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2024 00:01:00 | Midland Funding, Attn: Bankruptcy, P.O. Box 939069, San Diego, CA 92193-9069 |
| 14604115 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 20 2024 00:01:00 | Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, Texas 75019-4620 |
| 13908191 | | Email/Text: nsm_bk_notices@mrcooper.com | Apr 20 2024 00:01:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 13883112 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 20 2024 00:01:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 13883113 | ^ | MEBN | Apr 19 2024 23:54:08 | Nationwide Insurance, One Nationwide Plaza, Columbus, OH 43215-2239 |
| 13951396 | | Email/Text: BKEBN-Notifications@ocwen.com | Apr 20 2024 00:01:00 | Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 13883114 | + | Email/Text: BKEBN-Notifications@ocwen.com | Apr 20 2024 00:01:00 | Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 13915382 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 20 2024 00:01:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 13883116 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2024 00:00:38 | Portfolio Recovery, P.O. Box 41067, Norfolk, VA 23541 |
| 13953528 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2024 00:11:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13883795 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2024 00:00:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13883115 | + | Email/Text: bankruptcy1@pffcu.org | Apr 20 2024 00:01:00 | Police And Fire Federal Credit Union, 901 Arch St, Philadelphia, PA 19107-2495 |
| 13883117 | + | Email/Text: bkdepartment@rtresolutions.com | Apr 20 2024 00:01:00 | Real Time Resolutions, Attn: Bankruptcy, Po Box 36655, Dallas, TX 75235-1655 |
| 13883118 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2024 00:02:00 | Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 13906510 | | Email/PDF: bncnotices@becket-lee.com | Apr 20 2024 00:11:55 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13883120 | | Email/Text: bankruptcy@td.com | Apr 20 2024 00:01:00 | TD Bank North, Attn: Bankruptcy, P.O. Box 1190, Lewston, ME 04243 |
| 13883122 | | Email/Text: bankruptcy@td.com | Apr 20 2024 00:01:00 | TD Banknorth, 32 Chestnut St, Lewiston, ME 04240 |
| 13883123 | + | Email/Text: mpieslak@waterfallrevenuegroup.com | Apr 20 2024 00:01:00 | Traf Group Inc/A-1 Collections, 2297 St Hwy 33, Ste 906, Hamilton Square, NJ 08690-1717 |
| 13954150 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 20 2024 00:02:00 | U.S. Bank N.A., et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 13928989 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 20 2024 00:00:39 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13978300 | + | Email/Text: megan.harper@phila.gov | Apr 20 2024 00:01:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1663 |
| 13922224 | + | Email/Text: megan.harper@phila.gov | Apr 20 2024 00:01:00 | Water Revenue Bureau, 1401 JFK Boulevard, |

| Recip ID | | Name and Address | | |
|---|---|---|---|---|
| 13925069 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Apr 20 2024 00:11:14 | Philadelphia, PA 19102-1663<br>Wells Fargo Bank, N.A., MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 13883124 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | Apr 20 2024 00:00:38 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, Mac#2302-04e- P.O. Box 10335, Des Moines, IA 50306 |

TOTAL: 33

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14712257 | | Nationstar Mortgage LLC |
| 13883121 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank North, Attn: Bankruptcy, P.O. Box 1190, Lewston, ME 04243 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2024              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank N.A. amps@manleydeas.com |
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Debtor Joseph Zwicharowski brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. Bank N.A. as trustee, et al. c/o Select Portfolio Servicing, Inc. dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Brighthouse Life Insurance Company bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Ocwen Loan Servicing LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: Apr 19, 2024 | Form ID: 138OBJ | Total Noticed: 44

JEROME B. BLANK
    on behalf of Creditor Wells Fargo Bank  N.A. jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor Nationstar Mortgage LLC pa-bk@logs.com

KRISTEN D. LITTLE
    on behalf of Creditor Nationstar Mortgage LLC KRLITTLE@FIRSTAM.COM

MARTIN A. MOONEY
    on behalf of Creditor TD Bank  N.A. as successor in interest to Commerce Bank, N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

MICHAEL JOHN CLARK
    on behalf of Creditor Nationstar Mortgage LLC mclark@squirelaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Brighthouse Life Insurance Company mfarrington@kmllawgroup.com

MICHELLE L. MCGOWAN
    on behalf of Creditor MCLP Asset Company  Inc. mimcgowan@raslg.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov

SARAH K. MCCAFFERY
    on behalf of Creditor U.S. BANK N.A.  AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN MORTGAGE TRUST 2007-S3 MORTGAGE PASS-THROUGH CERTIFICATES c/o Select Portfolio Servicing, Inc. smccaffery@pincuslaw.com, ckohn@hoflawgroup.com

THOMAS SONG
    on behalf of Creditor Ocwen Loan Servicing  LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 21

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Joseph Zwicharowski

        Debtor(s)           Case No: 17−11811−amc

         Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/19/24