| Fill in this information to identify the case: |
|---|
| Debtor 1 Joseph Zwicharowski Jr |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the Eastern District Of Pennsylvania |
| Case number 17-11811 |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of post petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor**: Brighthouse Life Insurance Company          **Court claim no**. (if known): 5

**Last four digits** of any number you use to identify the debtor's account: 5844

**Date of payment change:** 03/01/2023
Must be at least 21 days after date of this notice

**New total payment:**    $ 1019.13
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $420.88          **New escrow payment:** $396.10

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non bankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%          **New interest rate:** _____%

   **Current principal and interest payment:** $_____    **New principal and interest payment:** $_____

Official Form 410S1          **Notice of Mortgage Payment Change**          page 1

Debtor1 <u>Joseph Zwicharowski Jr</u>    Case Number (*If known*):17-11811
First Name    Middle Name    Last Name

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the *appropriate* box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Michael P. Farrington    Date December 22, 2022
Signature

Print:    Michael P. Farrington    Title Attorney for Creditor
First Name    Middle Name    Last Name

Company    KML Law Group, P.C.

Address    701    Market Street, Suite 5000
Number    Street
Philadelphia,    PA    19106
City    State    ZIP Code

Contact phone (215) 627–1322    Email mfarrington@kmllawgroup.com